*RECOMMENDED FOR FULL-TEXT PUBLICATION*
Pursuant to Sixth Circuit I.O.P. 32.1(b)
File Name: 13a0339p.06

# UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,
              *Plaintiff-Appellee,*

              *v.*                                              No. xx-xxxx

JOHN DOE,
              *Defendant-Appellant.*

Appeal from the United States District Court
for the Northern District of Ohio at Youngstown.
No. 4:04-cr-00537-1    Christopher A. Boyko, District Judge.

Decided and Filed:  December 6, 2013

Before:  KEITH, COLE, and ROGERS, Circuit Judges.

———————————

**ORDER**

———————————

Appellant's motion to dismiss the appeal is GRANTED.  Appellant's motion was made and is granted during the pendency of a timely petition by the appellee to rehear en banc this court's judgment filed on August 27, 2013.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk